# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**BRENDA STUART**                                              **CIVIL ACTION**

**VERSUS**                                                     **NO. 21-150-SDD-SDJ**

**COMMISSIONER OF THE
SOCIALSECURITY
ADMINISTRATION**

---

## NOTICE

Please take note that the attached Magistrate Judge's Report and Recommendation has been filed with the Clerk of the U.S. District Court for the Middle District of Louisiana.

Under 28 U.S.C. § 636(b)(1), you have **14 days** from receipt of this Notice to file written objections to the proposed findings of fact and conclusions of law in the Magistrate Judge's Report and Recommendation. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on May 24, 2021.

*/s/ Scott D. Johnson*

**SCOTT D. JOHNSON
UNITED STATES MAGISTRATE JUDGE**

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**BRENDA STUART**                                                           **CIVIL ACTION**

**VERSUS**                                                                  **NO. 21-150-SDD-SDJ**

**COMMISSIONER OF THE
SOCIAL SECURITY
ADMINISTRATION**

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court are Plaintiff's Motion for Refund of Filing Fee (R. Doc. 3) and Motion for Voluntary Dismissal (R. Doc. 5). For the reasons given below, the Court **RECOMMENDS** that both Motions (R. Docs. 3 and 5) be **GRANTED** and that Plaintiff's cause of action be **DISMISSED without prejudice** and that her $402.00 filing fee be **refunded**.

Plaintiff commenced this social security appeal without counsel on March 9, 2021. Because she had not paid the necessary filing fee, the Court issued an Order on March 24, 2021, requiring Plaintiff to either "pay $402.00, the full amount of the Court's filing fee, or file a Motion to Proceed in forma pauperis within twenty-one days." (R. Doc. 2). The record indicates that Plaintiff complied with the Court's Order, paying the full filing fee—$402.00—on April 14, 2021.

Two weeks later, Plaintiff filed a Motion for Refund of Filing Fee (R. Doc. 3), "requesting a refund of the $40[2].00 [she] paid the Court" as she is now "unable to find a lawyer to take [her] case on social security." (R. Doc. 3 at 1). Because Plaintiff chose not to seek in forma pauperis status (R. Doc. 2), the Court issued an Order explaining that a refund of her filing fee would only be possible if she no longer wished to proceed and voluntarily dismissed her lawsuit. Plaintiff has

now filed a Motion for Voluntary Dismissal (R. Doc. 5), which makes clear that she wants to "stop [this] lawsuit" and obtain a refund of her $402.00 filing fee. (R. Doc. 5 at 1) ("I Brenda Stuart wish to stop lawsuit [and] voluntarily dismiss[] lawsuit.").

Rule 41(a) of the Federal Rules of Civil Procedure allows a plaintiff to voluntarily dismiss his or her lawsuit prior to the opponent's answer. Because the Commissioner of the Social Security Administration has not yet been served, let alone answered, Plaintiff's cause of action may be voluntarily dismissed. And so,

**IT IS RECOMMEDED** that Plaintiff's Motion for Voluntary Dismissal (R. Doc. 5) be **GRANTED** and that Plaintiff's cause of action be **DISMISSED without prejudice**. The Court further **RECOMMENDS** that Plaintiff's Motion for Refund of Filing Fee (R. Doc. 3) be **GRANTED** and the Clerk of Court be directed to **REFUND** Plaintiff's **$402.00** filing fee.

Signed in Baton Rouge, Louisiana, on May 24, 2021.

*[signature]*

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**