UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STUART, ET AL. | CIVIL ACTION |
| VERSUS | 21-150-SDD-SDJ |
| SAUL | |

### RULING

The Court, after carefully considering the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated May 24, 2021, to which no objection was filed, hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the Motions are GRANTED and Plaintiffs' cause of action is DISMISSED without prejudice and the $402.00 filing fee is to be refunded.

Signed in Baton Rouge, Louisiana on July 28, 2021.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Docs. 1 and 3.
[2] Rec. Doc. 6.

Finance